## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __11-1043M__

2) Defendant's Name: __Phillips__  __Richard__
   (Last)         (First)         (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____ Needs: _____ Interpreter

6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No  Other District: _____

8) Name of Interpreter used today: _____ Language: _____

9) Arraignment on complaint held: __✓__ Yes __No  Date/Time: __10/24/11__

10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: ____

11) Temporary Order of Detention Entered: ____ Bail Hearing set for: __10/27/11 2PM__

12) (a) Preliminary Hearing set for: _____; or waived: _____

    (b) Removal Hearing set for: _____; or waived: _____

    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: __Seth Ducharme__

14) DEFENSE COUNSEL'S NAME: __Florian Miedel__
    Address: _____
    Bar Code: _____ CJA: __✓__ FDNY: ____ RET: ____
    Telephone Number: (___) _____

15) LOG #: ____ ( __3:21 - 3:24__ ) MAG. JUDGE: __Reyes__

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: __Yes __No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE