AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>RICHARD PHILLIPS<br><br>_____<br>*Defendant* | )<br>) **M11-1043**<br>) Case No.<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RICHARD PHILLIPS ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment   ❐ Superseding Indictment   ❐ Information   ❐ Superseding Information   ☑ Complaint
❐ Probation Violation Petition   ❐ Supervised Release Violation Petition   ❐ Violation Notice   ❐ Order of the Court

This offense is briefly described as follows:
Attempted export to Iran, without a license from the United States Government, in violation of Title 50, United States Code, Section 1705, et seq.

Date: 10/21/2011

_____
*Issuing officer's signature*

City and state: Brooklyn, New York

Hon. Joan M. Azrack, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/21/11 , and the person was arrested on *(date)* 10/24/11
at *(city and state)* Bronx, NY .

Date: 10/25/11

_____
*Arresting officer's signature*

Ashley Schrank, Special Agent
*Printed name and title*